FARMERS UNION EXCHANGE OF HOLDREGE ET AL., APPEL-
LANTS, V. F. A. YORK ET AL., APPELLEES.

FILED MAY 2, 1930. No. 27202.

*Frank A. Anderson,* for appellants.

*O. E. Bozarth* and *Dora Nelson, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON
and DAY, JJ., and LIGHTNER, District Judge.

PER CURIAM.

This is an action by plaintiff corporation and its direc-
tors to recover a 100 per cent. assessment on the paid-up
stock of defendants in the corporation. The stock in ques-
tion was nonassessable, but plaintiffs allege that such as-
sessment was authorized by the board of directors and
stockholders. The district court for Phelps county found
in favor of defendants and plaintiffs have appealed.

We have carefully examined the record and find the same
to be free from prejudicial error. The judgment of the
district court is therefore

AFFIRMED.